```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                          Case No. 17-00034-MDF
Tommy Lee Porter, II                                                            Chapter 13
Malinda Marie Porter
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 2              Date Rcvd: Feb 08, 2017
                              Form ID: ntnew341            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db/jdb         +Tommy Lee Porter, II,    Malinda Marie Porter,    120 Quince Street,    Harrisburg, PA 17111-1846
4871147         CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4871148        +CB INDIGO,    PO BOX 4499,    BEAVERTON, OR 97076-4499
4871151        +COMMUNITY LIFETEAM INC,    PO BOX 8,    INDIANA, PA 15701-0008
4871152         COMPUTER CREDIT, INC,    CLAIM DEPT 009696,    470 W HANES MILL ROAD,    PO BOX 5238,
                 WINSTON SALEM, NC 27113-5238
4871154        +FEDLOAN,    PO BOX 69184,    HARRISBURG, PA 17106-9184
4871155        +HAVEN BEHAVIORAL HEALTH,    145 N 6TH STREET,    READING, PA 19601-3095
4871156         HIGHMARK BLUE SHIELD,    CORRESPONDENCE,    PO BOX 890118,    CAMP HILL, PA 17089-0118
4871157        +HUD/FHA,    NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
                 OKLAHOMA CITY, OK 73102-2811
4871159        +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
                 MECHANICSBURG, PA 17055-0226
4871160         KING'S MANOR APARTMENTS,    2161 GUINEVERES DRIVE,    HARRISBURG, PA 17110
4874834        +King's Manor Apartments I, LLC,    2161 Camelot Drive,    Harrisburg, PA 17110-3502
4871163        +MAZZITTI & SULLIVAN,    3207 N FRONT STREET,    HARRISBURG, PA 17110-1333
4871165        +MILSTEAD & ASSOCIATES LLC,    1 E STOW ROAD,    MARLTON, NJ 08053-3118
4871166        +MS HERSHEY MEDICAL CENTER,    PATIENT FINANCIAL SERVICES,    PO BOX 853 MC-A410,
                 HERSHEY, PA 17033-0853
4871167         MSHMC PHYSICIANS GROUP,    BILLING SERVICES,    PO BOX 854,    HERSHEY, PA 17033-0854
4871168        +NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4871169        +PENN CREDIT CORP,    916 S 14TH STREET,    HARRISBURG, PA 17104-3425
4871170         PHARMERICA,    1900 S SUNSET UNIT 1A,    LONGMONT, CO 80501-6599
4871171        +PINNACLE CARDIOLOGY,    1000 N FRONT STREET, STE 200,    WORMLEYSBURG, PA 17043-1044
4871172        +PINNACLE HEALTH EMERGENCY,    6880 W SNOWVILLE ROAD,    SUITE 210,    BRECKSVILLE, OH 44141-3255
4871174         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4871175        +QUEST DIAGNOSTICS,    C/O PATIENT BANKRUPTCY SERVICES,    PO BOX 740775,
                 CINCINNATI, OH 45274-0775
4871176        +SCHEIN ERNST EYE ASSOCIATES PC,    10 CAPITAL DRIVE, STE 300,    HARRISBURG, PA 17110-9412
4871178        +TOYOTA FINANCIAL SERVICES-BK Notices,    19001 S WESTERN AVENUE,    PO BOX 2958,
                 TORRANCE, CA 90509-2958
4879154        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4871179        +UNCLE BOBS SELF STORAGE,    958 PEIFFERS LANE,    HARRISBURG, PA 17109-5907
4871180        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4871181        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4871182         VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4871183        +WELLS FARGO HOME MORTGAGE,    ATTN: BANKRUPTCY MAIL,    MAC# X7801-014,    3476 STATEVIEW BLVD,
                 FORT MILL, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4871146         E-mail/Text: banko@berkscredit.com Feb 08 2017 19:10:55     BERKS CREDIT & COLLECTIONS INC,
                 PO BOX 329,    TEMPLE, PA 19560-0329
4871149        +E-mail/Text: dehartstaff@pamd13trustee.com Feb 08 2017 19:11:22     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4871150         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2017 19:11:05     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4871153        +E-mail/Text: creditonebknotifications@resurgent.com Feb 08 2017 19:10:47     CREDITONE BANK,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
4871158         E-mail/Text: cio.bncmail@irs.gov Feb 08 2017 19:10:51     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4871161        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 08 2017 19:10:49     KOHLS/CAPONE,
                 COLLECTION DEPARTMENT,    PO BOX 3084,    MILWAUKEE, WI 53201-3084
4871164        +E-mail/Text: unger@members1st.org Feb 08 2017 19:11:30     MEMBERS 1ST FCU,    5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
4871173        +E-mail/Text: schesek@pinnaclehealth.org Feb 08 2017 19:10:58     PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,    HARRISBURG, PA 17105-2353
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +King's Manor Apartments I, LLC,    2161 Camelot Drive,    Harrisburg, PA 17110-3502
4871162*       +Malinda Marie Porter,    120 Quince Street,    Harrisburg, PA 17111-1846
4871177*       +Tommy Lee Porter, II,    120 Quince Street,    Harrisburg, PA 17111-1846
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Jill Manuel-Coughlin    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          Kara Katherine Gendron    on behalf of Debtor Tommy Lee Porter, II karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Joint Debtor Malinda Marie Porter karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Steven M Williams    on behalf of Creditor    King's Manor Apartments I, LLC
           swilliams@cohenseglias.com, azortman@cohenseglias.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Tommy Lee Porter II
Malinda Marie Porter

Debtor(s)

Chapter 13

Case No. 1:17−bk−00034−MDF

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 2, 2017<br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: REshelman

Date: February 8, 2017