Certificate Number: 13858-PAM-DE-036066235

Bankruptcy Case Number: 17-00034


13858-PAM-DE-036066235

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2021, at 12:49 o'clock AM CDT, Tommy Lee Porter, II completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 15, 2021            By:    /s/Shauna B. Curtsinger

                                  Name:  Shauna B. Curtsinger

                                  Title: Counselor

Certificate Number: 13858-PAM-DE-036066236

Bankruptcy Case Number: 17-00034


13858-PAM-DE-036066236

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on October 15, 2021, at 12:49 o'clock AM CDT, Malinda Marie Porter completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 15, 2021     By: /s/Shauna B. Curtsinger

                           Name: Shauna B. Curtsinger

                           Title: Counselor