United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tommy Lee Porter, II  
Malinda Marie Porter  
    Debtors

Case No. 17-00034-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Dec 02, 2021      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Tommy Lee Porter, II, Malinda Marie Porter, 120 Quince Street, Harrisburg, PA 17111-1846 |
| 4871151 | + | COMMUNITY LIFETEAM INC, PO BOX 8, INDIANA, PA 15701-0008 |
| 4871152 | | COMPUTER CREDIT, INC, CLAIM DEPT 009696, 470 W HANES MILL ROAD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 4871154 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 4871155 | + | HAVEN BEHAVIORAL HEALTH, 145 N 6TH STREET, READING, PA 19601-3095 |
| 4871156 | | HIGHMARK BLUE SHIELD, CORRESPONDENCE, PO BOX 890118, CAMP HILL, PA 17089-0118 |
| 4871157 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 4871159 | + | JP HARRIS ASSOCIATES LLC, MUNICIPAL TAX ACCOUNTS, PO BOX 226, MECHANICSBURG, PA 17055-0226 |
| 4871160 | | KING'S MANOR APARTMENTS, 2161 GUINEVERES DRIVE, HARRISBURG, PA 17110 |
| 4874834 | + | King's Manor Apartments I, LLC, 2161 Camelot Drive, Harrisburg, PA 17110-3502 |
| 4871163 | + | MAZZITTI & SULLIVAN, 3207 N FRONT STREET, HARRISBURG, PA 17110-1333 |
| 4871165 | + | MILSTEAD & ASSOCIATES LLC, 1 E STOW ROAD, MARLTON, NJ 08053-3118 |
| 4871166 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 4871167 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 4871170 | | PHARMERICA, 1900 S SUNSET UNIT 1A, LONGMONT, CO 80501-6599 |
| 4871171 | + | PINNACLE CARDIOLOGY, 1000 N FRONT STREET, STE 200, WORMLEYSBURG, PA 17043-1044 |
| 4871172 | + | PINNACLE HEALTH EMERGENCY, 6880 W SNOWVILLE ROAD, SUITE 210, BRECKSVILLE, OH 44141-3255 |
| 4871173 | + | PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 4871174 | | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 4871175 | + | QUEST DIAGNOSTICS, C/O PATIENT BANKRUPTCY SERVICES, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 4871176 | + | SCHEIN ERNST EYE ASSOCIATES PC, 10 CAPITAL DRIVE, STE 300, HARRISBURG, PA 17110-9412 |
| 4879154 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4910720 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4871179 | + | UNCLE BOBS SELF STORAGE, 958 PEIFFERS LANE, HARRISBURG, PA 17109-5907 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: WFFC.COM | Dec 02 2021 23:48:00 | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 4871146 | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 02 2021 18:49:00 | BERKS CREDIT & COLLECTIONS INC, PO BOX 329, TEMPLE, PA 19560-0329 |
| 4871147 | EDI: CAPITALONE.COM | Dec 02 2021 23:48:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4871148 | + EDI: PHINGENESIS | Dec 02 2021 23:48:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 4871150 | EDI: PENNDEPTREV | Dec 02 2021 23:48:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4871150 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 18:49:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4871153 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2021 18:59:10 | CREDITONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 4906252 | EDI: BL-BECKET.COM | Dec 02 2021 23:48:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4871180 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 02 2021 18:49:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4871158 | EDI: IRS.COM | Dec 02 2021 23:48:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4871149 | Email/Text: info@pamd13trustee.com | Dec 02 2021 18:49:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4871161 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2021 18:49:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 4913826 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 18:59:12 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4871164 | + Email/Text: unger@members1st.org | Dec 02 2021 18:49:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 4871168 | + Email/Text: Bankruptcies@nragroup.com | Dec 02 2021 18:49:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 4919743 | EDI: PRA.COM | Dec 02 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4886662 | + EDI: RECOVERYCORP.COM | Dec 02 2021 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4885915 | EDI: Q3G.COM | Dec 02 2021 23:48:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4871178 | + EDI: TFSR.COM | Dec 02 2021 23:48:00 | TOYOTA FINANCIAL SERVICES-BK Notices, 19001 S WESTERN AVENUE, PO BOX 2958, TORRANCE, CA 90509-2958 |
| 4871181 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 02 2021 18:49:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4871182 | EDI: VERIZONCOMB.COM | Dec 02 2021 23:48:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 4871183 | + EDI: WFFC.COM | Dec 02 2021 23:48:00 | WELLS FARGO HOME MORTGAGE, ATTN: BANKRUPTCY MAIL, MAC# X7801-014, 3476 STATEVIEW BLVD, FORT MILL, SC 29715-7203 |
| 4898321 | + EDI: WFFC.COM | Dec 02 2021 23:48:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | King's Manor Apartments I, LLC, 2161 Camelot Drive, Harrisburg, PA 17110-3502 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4871162 | *+ | Malinda Marie Porter, 120 Quince Street, Harrisburg, PA 17111-1846 |
| 4871177 | *+ | Tommy Lee Porter, II, 120 Quince Street, Harrisburg, PA 17111-1846 |
| 4871169 | ##+ | PENN CREDIT CORP, 916 S 14TH STREET, HARRISBURG, PA 17104-3425 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Malinda Marie Porter DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 1 Tommy Lee Porter II DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Malinda Marie Porter karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Tommy Lee Porter II karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Sarah K. McCaffery | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Steven M Williams | on behalf of Creditor King's Manor Apartments I LLC swilliams@cohenseglias.com, azortman@cohenseglias.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tommy Lee Porter II<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–8451<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Malinda Marie Porter<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–6467<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–00034–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tommy Lee Porter II                    Malinda Marie Porter

12/2/21

**By the court:** *(signature)*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**