| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>Middle District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |

| | | |
|---|---|---|
| Name of Debtor(s):<br><br>  Tommy Lee Porter, II<br><br>  Malinda Marie Porter | Case Number:<br><br>1:2017-bk-00034 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>  Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  P.O. Box 1629<br>  Minneapolis, MN 55440-9790<br>  Telephone Number: 800-274-7025<br>Prior notice address:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  1000 Blue Gentian Road<br>  Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  Attention: Payment Processing<br>  MAC F2302-04C<br>  1 Home Campus<br>  Des Moines, IA 50328<br><br>  Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  3201  UCID: WFCMGF1700034PAM84513201** | | __ Check this box if the account number has changed. |
| 2.   **Court Claim Number:  5** | | |

3.   **Signature:**

  **Check the appropriate box.**
     X  **I am the creditor.**
       **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
       **I am the trustee, or the debtor.**
       **I am a guarantor, surety, endorser, or other codebtor.**


By:    /s/ Maranda Henderson Braswell        Date:  01/03/2022
       VP Loan Documentation

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                         CASE NO.:    17-00034

**Tommy Lee Porter, II**                        CHAPTER:    13

**Malinda Marie Porter**

        Debtor(s).

_____ /

### CERTIFICATE OF SERVICE

I hereby certify that on or before January 03, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

<u>**SERVICE LIST**</u>

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

Tommy Lee Porter, II
120 Quince Street
Harrisburg, PA 17111

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Malinda Marie Porter
120 Quince Street
Harrisburg, PA 17111

*Debtor's Attorney:*              *By CM / ECF Filing:*

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

*By CM / ECF Filing:*

*Debtor's Attorney:*   Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

*Trustee:*   *By CM / ECF Filing:*

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)